1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAYMOND DALE MCVAY,

               Plaintiff,

     v.

WILL ZEBELL, KING COUNTY OFFICER
JOHN DOE, JON OSLUND, MAC SETTER,
RANDAL WATTS, DAVE MCEACHRAN,
CHERYL SPRANGE, BOB FERGUSON,
MARY BULLARD, TYRA FAYMOUS, and
JOHN DOE,

               Defendants.

CASE NO. 2:23-cv-01065

MINUTE ORDER

16      The following Minute Order is made by direction of the Court, the Honorable Jamal N.

17  Whitehead, United States District Judge: On July 21, 2023, Plaintiff filed an "Application for

18  Court-Appointed Counsel" to, among other things, represent him during a polygraph

19  examination on July 24, 2023. Dkt. No. 4. No constitutional right to appointed counsel exists in a

20  § 1983 action. *Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981). But the Court may

21  appoint counsel in "exceptional circumstances" for indigent civil litigants. *Agyeman v.*

22  *Corrections Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004). Plaintiff has not requested leave

23  to proceed *in forma pauperis* (IFP) and the Court has made no findings about his indigent status.

24  Accordingly, the Court denies Plaintiff's motion at this time. The Court directs Plaintiff to the

resources on the Court's website about "representing yourself" and the related information and

forms for requesting counsel and applying to proceed IFP.


Dated this 24th day of July 2023.

Ravi Subramanian

Clerk

/s/ Laura Hobbs

Deputy Clerk