UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND DALE MCVAY,<br><br>    Plaintiff,<br><br> v.<br><br>WILL ZEBELL, KING COUNTY OFFICER JOHN DOE, JON OSLUND, MAC SETTER, RANDAL WATTS, DAVE MCEACHRAN, SWEDBARG, CHERYL SPRANGE, BOB FERGUSON, MARY BULLARD, TYRA FAYMOUS, and JOHN DOE,<br><br>    Defendants. | CASE NO. 2:23-cv-01065<br><br>MINUTE ORDER DISMISSING CASE |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On November 8, 2023, the Court denied Plaintiff Raymond McVay's request to serve the summons and complaint by certified mail only, and it allowed him "an additional 14 days … to properly effect service under LCR 4(c) and Fed. R. Civ. P. 4 and to file proof of service with the Court." Dkt. No. 18. The Court warned McVay

MINUTE ORDER DISMISSING CASE - 1

that failure to comply with the Court's order would result in "dismissal without prejudice under Fed. R. Civ. P. 4(m) for failure to effect timely service." *Id.*

Even though the Court denied his request to serve the Defendants by certified mail, McVay filed "proof of service by mailing," which consisted of certified mail return receipts. Dkt. Nos. 18 at 3–6, 20 at 2–3. McVay does not attest under penalty of perjury to the contents of the mailings. *Id.* But he has not presented the summons to the clerk as required by LCR 4(a), so summonses could not have been included. *See generally* Dkt. McVay offers nothing else showing that he has completed proper service.

Accordingly, the Court DISMISSES McVay's complaint without prejudice under Fed. R. Civ. P. 4(m) for failure to effect timely service.

Dated this 27th day of November 2023.

Ravi Subramanian
Clerk
*/s/ Kathleen Albert*
Deputy Clerk
